

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 30, 2018

**BY ECF AND BY EMAIL**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Mick Sokol</u>, S16 15 Cr. 491 (KBF) (HBP)

Dear Judge Forrest:

    Defendant Mick Sokol was sentenced on July 10, 2018 by United States Magistrate Judge Henry B. Pitman, before whom Sokol had previously pleaded guilty to the above-referenced superseding misdemeanor information under a plea agreement with the Government. As such, and in accordance with Sokol's plea agreement, the Government respectfully moves to dismiss the open felony counts and underlying felony indictments against Sokol in this case.

                                                         Respectfully submitted,

                                                         GEOFFREY S. BERMAN
                                                         United States Attorney

                                  By:    <u>/s/ Samson Enzer</u>
                                                 Samson Enzer
                                                 Jordan Estes
                                                 Jason Swergold
                                                 Assistant United States Attorneys
                                                 (212) 637-2342 / -2543 / -1023

cc:  All counsel of record